**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2372**

DAVID S. DEHORSE,

             Plaintiff - Appellant,

        v.

CATHERINE M. DEHORSE; MICHAEL A. DEHORSE; CATHERINE L.
DEHORSE; CALLIE L. DEHORSE,

             Defendants – Appellees,

        v.

UNITED STATES OF AMERICA,

             Third Party Defendant,

GUY GUSTAVE HARDMAN, II,

             Party-in-Interest.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge. (5:13-cv-00762-FL)

Submitted:  March 25, 2014          Decided:  March 27, 2014

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

David S. DeHorse, Appellant Pro Se.  James Albert McLean, III, MCCOY, WIGGINS, CLEVELAND & O'CONNOR, Fayetteville, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David S. DeHorse appeals the district court's order remanding the underlying action to North Carolina state court. We dismiss the appeal for lack of jurisdiction.

Subject to exceptions not applicable here, "[a]n order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise." 28 U.S.C. § 1447(d) (2012); see E.D. ex rel. Darcy v. Pfizer, Inc., 722 F.3d 574, 581–83 (4th Cir. 2013). Because the district court's order does not fall within any of the exceptions provided under § 1447, the order is not appealable.

We therefore grant the Appellees' motion to dismiss DeHorse's appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the material before this court and argument will not aid the decisional process.

DISMISSED